UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CA76 6808469

UNITED STATES OF AMERICA,

v.

FELIPE D. MARAMBA

Violation Notice/Case Number: 6:17-po-00031-MJS

**FIRST AMENDED**
**JUDGMENT IN CRIMINAL CASE**
**(Violation Notice)**

Defendant pleaded guilty, is adjudged guilty and convicted of the following offense(s):

Charge(s) Defendant Convicted of:          Nature of Charge(s)

**CFR 2.30 (a)(1)**                        **Unlawful possession of another's property**

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

☑ **PROBATION** for a term of 12 months, expiring on February 7, 2018. Your conditions of probation are as follows:

1. Your probation shall be unsupervised:
2. You shall not commit another federal, state, or local crime;
3. You shall notify the court and, if represented by counsel, your counsel of any change of address and contact number; and the following additional checked conditions:

☑ You shall pay a fine in the amount $ 490.00, a special assessment of $ 10, restitution in the amount of $       , and a $ 0.00 processing fee for a total financial obligation of $ 500.00, which shall be paid immediately or in monthly payments of $ 50.00, per month commencing on **March 7, 2017** and each month thereafter by the 7th of the month until paid in full. While on probation and subject to any financial obligation of probation, you shall notify the court of any material change in your economic circumstances that might affect your ability to pay the fine.

☐ You shall perform         hours of community service by         .

☐ You are hereby committed to the Bureau of Prisons to be imprisonment for a term of         months, beginning immediately or        by reporting to the United States Marshal located at 2500 Tulare Street, 3rd Floor, Fresno, California, 93721 unless a different reporting time has been reported for prior to that date.

☑ Other: Appeal Rights Waived.

☐ **PAY** a fine in the amount of $         , a special assessment of $ 0.00 and a $ 25.00 processing fee for a total financial obligation of $ 25.00 due immediately or no later than         .

☐ **YOU ARE ALSO ORDERED TO APPEAR** for a REVIEW HEARING on **January 9, 2018** at 10:00 am and ~~XXXXXXXX XXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~. Please note that failure to appear could result in an arrest warrant being issued against you.

☑ **OTHER**: The Defendant shall advise the Court and Government Officer through Counsel, within seven days of being cited or arrested.

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed your driving record and must be made payable to **"CLERK- U.S.D.C."** and SENT to the following address

☐ CENTRAL VIOLATIONS BUREAU
P.O. Box 71363
Philadelphia, PA  19176-1363
1-800-827-2982
-or-
Pay on-line at www.cvb.uscourts.gov and
Click on "Pay On-Line"

☑ CLERK, UNITED STATES DISTRICT COURT
Eastern District of California- Fresno
2500 Tulare Street, Suite 1501
Fresno, CA  93721

Your check or money order must indicate your name and violation notice/case number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.

DATED: February 9, 2017

/s/ Michael J. Seng
**Michael J. Seng**
United States Magistrate Judge

CRD Initials: ML
*CAED (Fresno)- Misd. 3B (2/2016)*