| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | FELIPE MARAMBA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:17-po-00031-MJS |
| | ) | |
| Plaintiff, | ) | **MOTION TO VACATE JANUARY 23, 2018** |
| | ) | **REVIEW HEARING; ORDER** |
| vs. | ) | |
| | ) | |
| FELIPE MARAMBA, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Felipe Maramba hereby requests that the Court vacate the January 23, 2018 review hearing.  The Government is in agreement with the request.

On February 7, 2017, the Court placed Mr. Maramba on twelve months of unsupervised probation, with the conditions that he obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged law violation.  In addition, Mr. Maramba was ordered to pay a $500 fine.

Mr. Maramba has paid off his fine and complied with the terms of his probation. Accordingly, Mr. Maramba requests that the January 23, 2018 review hearing be vacated.

//

//

//

//

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: January 9, 2018 | /s/ Hope Alley<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>FELIPE MARAMBA |

# **O R D E R**

Based on the parties' joint representation that Mr. Maramba is in compliance with the conditions of his probation in case no. 6:17-po-00031-MJS, the Court vacates the review hearing scheduled for January 23, 2018 at 10 a.m.

IT IS SO ORDERED.

Dated: January 9, 2018      /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE